118 A.3d 384

COMMONWEALTH of Pennsylvania, Respondent

v.

Anwar S. ALI, Petitioner.

No. 46 EM 2015.

Supreme Court of Pennsylvania.

June 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of June, 2015, the Application for a Stay, the Application for an Immediate Hearing, and the Application for Extraordinary Relief are **DENIED.**